FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 JUL 26 PM 4: 25

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:06CV232 |
| v. | ) | |
| | ) | CONSENT TO EXERCISE OF |
| 2001 GMC YUKON, | ) | JURISDICTION BY A UNITED |
| VIN 1GKEK13T01J138777, | ) | STATES MAGISTRATE JUDGE |
| | ) | AND ORDER OF REFERENCE |
| Defendant. | ) | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeal for this circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| [signature] | For | Eric Rogers | 7/12/06 |
| [signature] | For | PLAINTIFF | 7/16/06 |
| | For | | |
| | For | | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the foregoing consent of the parties.

July 26, 2006
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.