IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV232 |
| | ) | |
| v. | ) | |
| | ) | |
| GMC YUKON 2001, | ) | ORDER |
| VIN 1GKEK13T01J138777, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's consent motion to continue pretrial conference and trial, filing 15, is granted, and

1. The pretrial conference is continued from October 18 to December 19, 2006 at 10:00 a.m. in the chambers of the undersigned, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. Non-jury trial is continued from November 3, 2006 to January 11, 2007 at 9:00 a.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 13th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge