IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CV232 |
| | ) | |
| 2001 GMC YUKON, | ) | **NOTICE OF** |
| VIN 1GKEK13T01J138777, | ) | **DISMISSAL** |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, United States of America, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses this action.

UNITED STATES OF AMERICA,
Plaintiff

JOE W. STECHER
United States Attorney

By:   S/Nancy A. Svoboda
NANCY A. SVOBODA  (#17429)
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

## CERTIFICATE OF COMPLIANCE

     Pursuant to Rule 5, Fed.R.Civ.P., and NECivR 5.3, a certificate of service on all parties entitled to service or notice is required when a party files a document electronically. I, the undersigned, do hereby certify on March 12, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. I further certify there are no parties to this action on whom service is required.

                                              S/Nancy A. Svoboda
                                              NANCY A. SVOBODA
                                              ASSISTANT U.S. ATTORNEY