IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )              8:06CV232
                                 )
           v.                    )
                                 )
2001 GMC YUKON,                  )              ORDER
VIN 1GKEK13T01J138777,           )
                                 )
                Defendant.       )
                                 )
```

IT IS ORDERED:

Plaintiff's notice of dismissal, filing 22, construed as a motion to dismiss, is granted and this action is dismissed.

DATED this 28th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge