IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV232 |
| | ) | |
| v. | ) | |
| | ) | |
| 2001 GMC YUKON, | ) | ORDER |
| VIN 1GKEK13T01J138777, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's notice of dismissal, filing 22, construed as a

motion to dismiss, is granted and this action is dismissed.

DATED this 28th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge